STATE OF CONNECTICUT *v.* MARCUS HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 216 (AC 14517), is denied.

*Mark Rademacher,* assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided October 9, 1997

IN RE JONATHAN M.

The respondent's petition for certification for appeal from the Appellate Court, 46 Conn. App. 545 (AC 14693), is denied.

NORCOTT, J., dissenting. I would grant the respondent's petition for certification to appeal.

KATZ, J., did not participate in the consideration or decision of this petition.

*Mark Shapera,* deputy assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided October 9, 1997